# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| KIM SLOAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 18-CV-2322 |
| ) | |
| COUNTY OF MACON, a unit of local ) | Judge Colin S. Bruce |
| government and ALBERT JAY SCOTT, ) | |
| ) | Magistrate Judge Eric I. Long |
| Defendants. ) | |

## SUGGESTION OF DEATH

NOW COMES counsel for the Plaintiff, KIM SLOAN, Dawn L. Wall of Costigan & Wollrab, P.C. and hereby files this Suggestion of Death to notify the Court of the passing of Kim Sloan on September 16, 2021.

Respectfully Submitted,

KIM SLOAN, Plaintiff

BY: s/Dawn L. Wall
Dawn L. Wall Bar Number 6196948
Attorney for Plaintiff
Costigan & Wollrab, P.C.
308 E. Washington St.
Bloomington, Illinois 61701
(309) 828-4310 phone
dwall@cwlawoffice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2021, I electronically filed Plaintiff's Suggestion of Death using the CM/ECF system which will send notice to the following CM/ECF participants:

Michael J. Atkus
Susan Eberhardt
Knight, Hoppe, Kurnick & Knight, Ltd.
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
matkus@khkklaw.com
seberhardt@khkklaw.com

                Respectfully Submitted,

                KIM SLOAN, Plaintiff

                BY: s/Dawn L. Wall
                Dawn L. Wall Bar Number 6196948
                Attorney for Plaintiff
                Costigan & Wollrab, P.C.
                308 E. Washington St.
                Bloomington, Illinois 61701
                (309) 828-4310 phone
                dwall@cwlawoffice.com